United States District Court
Southern District of Texas
**ENTERED**
July 30, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. H-18-345 (2-5) |
| | § | COMPLEX CASE |
| RAY MICHAEL GARCIA, *et al.* | § | |

**O R D E R**

Defendant Ray Michael Garcia filed a motion for continuance and a motion to designate this case complex, (Docket Entry No. 49). The government and codefendants are unopposed to the motion. The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion to designate the case as complex and the motion for continuance are granted. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | November 5, 2018 |
| Responses are to be filed by: | November 19, 2018 |
| Pretrial conference is reset to**:** | **November 26, 2018 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **December 3, 2018 at 9:00 a.m.** |

SIGNED on July 30, 2018, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge